450 A.2d 1031

Commonwealth v. Wilmore, Appellant.

Reargument Denied Oct. 12, 1982.

Petition for Allowance of Appeal
Denied Feb. 22, 1983.

Submitted March 9, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.